In the Matter of GEORGE PRECHT, an Infant, Appellant. JOHN A. RAPP, on Behalf of JUNE M. RAPP, an Infant, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, MacCrate and Schmidt, JJ. [See *ante,* p. 717.]

In the Matter of VERA SHLAKMAN et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion by appellant Slochower for leave to appeal to the Court of Appeals denied. (See Civ. Prac. Act, § 588, subd. 1, pars. [a], [b].) Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 718.]

In the Matter of VALLEY STREAM LAWNS INC., Appellant, against H. BOGART SEAMAN, as Treasurer of Nassau County, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See 281 App. Div. 1034.]

In the Matter of BERTHA VASILIOW et al., Stockholders in ROBERT SCHMITT COMPANY, Appellants. ROBERT SCHMITT COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 734.]

EMILY M. JACOBY, Respondent, v. CONCORD CONFECTIONERY CORP., Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

ALBERT PEZZUTO, Respondent, v. BANKERS AND SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant and Third-Party Plaintiff-Appellant. EMMCO INSURANCE COMPANY, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.